**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tracy CANCELLARE, Defendant–
Appellant.**

**No. 07–30020.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 20, 2007.

USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

John P. Rhodes, Esq., FDMT—Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Tracy Cancellare appeals from her 51–month sentence following her guilty-plea

conviction for one count of wire fraud, in violation of 18 U.S.C. § 1343. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *United States v. Wright,* 373 F.3d 935, 939 (9th Cir.2004), and we affirm.

Cancellare contends that the district court abused its discretion by applying the two-level "vulnerable victim" enhancement, U.S.S.G. § 3A1.1(b)(1). We disagree. Because the victim was an 80 year-old widower, who was repeatedly solicited for payments over the course of the six-month fraudulent enterprise, the district court did not abuse its discretion in its application of the Sentencing Guidelines. *See United States v. Randall,* 162 F.3d 557, 560 (9th Cir.1998) (holding that the enhancement is appropriate "when a defendant's activities are directed towards those in need of greater societal protection," such as when defendant targets victim with track record of falling for fraudulent schemes).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.